THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-248-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH L. PRATT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions due date (Dkt. No. 10). The Court hereby ORDERS that pretrial motions shall be filed no later than January 6, 2020.

DATED this 2nd day of January 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
