THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH L. PRATT,<br><br>    Defendant. | CASE NO. CR19-0248-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 12). Defendant has filed a speedy trial waiver up to and including April 27, 2020. (Dkt. No. 13.) Having thoroughly considered the filings, and based on the facts set forth in Defendant's motion, the Court FINDS as follows:

    1.    Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

    2.    Failure to grant a continuance would likely result in the miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

    3.    The additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, investigate the matter, gather evidence material to the

1 | defense, and consider possible defenses;

2 |     4.    The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

    5.    The additional time requested between the current trial date of February 3, 2020 and the new trial date is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

For those reasons, Defendant's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 12) is GRANTED. The Court ORDERS that the trial in this matter is CONTINUED from February 3, 2020 to April 13, 2020 at 10:00 a.m. The parties shall file any pretrial motions no later than February 27, 2020. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DATED this 24th day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE